NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MEDICINES COMPANY,**
*Plaintiff-Appellant*

**v.**

**HOSPIRA, INC.,**
*Defendant-Cross-Appellant*

---

2014-1469, -1504

---

Appeals from the United States District Court for the District of Delaware in No. 1:09-cv-00750-RGA, Judge Richard G. Andrews.

---

**O R D E R**

---

PER CURIAM.

The en banc oral argument in this case is scheduled for May 5, 2016 at 10:00 a.m. in courtroom 201. Each side will have 30 minutes for a total argument time of one hour. The parties shall notify the court by ECF by April 15, 2016 of the names of the counsel who will present oral argument.

FOR THE COURT


March 11, 2016                     /s/ Daniel E. O'Toole
Date                               Daniel E. O'Toole
                                   Clerk of Court